RECEIVED
MAY 1 8 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 10-0045 |
| VERSUS | * | JUDGE DOHERTY |
| CARMEN GUILBEAUX | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the plaintiff's ~~Motion for Summary Judgment is GRANTED~~ motion for default judgment is **GRANTED** [rec. doc. 5], and that plaintiff is entitled to principal in the amount of $28,927.24 and interest accrued through March 26, 2010 in the amount of $6,015.81, plus interest from March 26, 2010 until paid at the statutorily established rate.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _18_ day of _May_, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE